MATT KENNA (CO Bar # 22159)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Telephone: (970) 385-6941 x131
kenna@westernlaw.org

Attorney for Plaintiffs

JOHN CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
JOHN H. MARTIN, Trial Attorney (CO Bar # 32667)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: (303) 844-1383
Facsimile:  (303) 844-1350
john.h.martin@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### (Tucson Division)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and MARICOPA AUDUBON SOCIETY, <br><br> Plaintiffs, <br> v. <br><br> ANIMAL AND PLANT HEALTH INSPECTION SERVICE, and U.S. FISH | No. 4:09-cv-00172-TUC-FRZ (DTF) |

AND WILDLIFE SERVICE )
)
Defendants. )
)

**STIPULATION OF DISMISSAL AND
SETTLEMENT AGREEMENT AS TO
ATTORNEYS' FEES, COSTS, AND EXPENSES**

The Center for Biological Diversity ("CBD") and the Maricopa Audubon Society

("MAS") (collectively "Plaintiffs") and Animal and Plant Health Inspection Service

("APHIS") and United States Fish and Wildlife Service ("FWS") (collectively

"Defendants") made and entered into the following Stipulation of Dismissal and

Settlement Agreement as to Attorneys' Fees, Costs, and Expenses ("Agreement") on July

29, 2009.

**RECITALS**

WHEREAS, the Plaintiffs filed suit in the above entitled matter alleging that the

Defendants were in violation of the Endangered Species Act, 16 U.S.C. § 1533 et seq

("ESA"), by failing to reinitiate consultation with each other regarding the effects of

APHIS' decision to permit the introduction of a tamarisk-defoliating leaf beetle as a

biocontrol agent in fifteen states.

WHEREAS, the Defendants' preceding consultation had been based, in pertinent

part, on APHIS' March 2005 <u>Biological Assessment for Biological Control of Saltcedar</u>

<u>(*Tamarix* spp.) in Fifteen States</u>.

WHEREAS, by letter dated May 15, 2009, APHIS has reinitiated its consultation with FWS regarding the possible effects of APHIS' action originally evaluated in its March 2005 Biological Assessment.

WHEREAS, based on the Defendants' reinitiation of consultation, Plaintiffs have decided to voluntarily dismiss their Complaint

WHEREAS, Plaintiffs and Defendants have reached an agreement as to an appropriate settlement of Plaintiffs' claim for fees and costs and agree that settlement of this action in this manner is in the public interest and is an appropriate way to resolve Plaintiffs' claim for fees and costs.

WHEREAS, Plaintiffs and Defendants enter the Agreement below without any admission of fact or law, or waiver of any claims or defenses, factual or legal, except as specified in the Agreement;

## AGREEMENT

In consideration of the mutual covenants and promises herein contained, the Plaintiffs and Defendants (collectively "the parties") agree and stipulate as follows:

1. The parties stipulate that this case is hereby dismissed, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Defendants agree to pay to Plaintiffs reasonable attorneys' fees and costs in this matter, pursuant to Section 11(g)(1)(C) of the ESA, 16 U.S.C. § 1540 (g)(1)(C). Defendants agree to settle all of Plaintiffs' claims for costs and attorneys' fees in the above-captioned litigation for a total of $20,000.00. A check will be made payable in that

3

amount to the Western Environmental Law Center.  At either parties' request, Defendants will instead transmit payment electronically by Electronic Funds Transfer rather than by check.

3.   Defendants agree to submit all necessary paperwork for the processing of the attorneys' fee award to the United States Department of the Treasury's Judgment Fund Branch, within ten business days of the filing of this document.  Plaintiffs agree to provide, in a timely manner, all information necessary for Defendants to comply with their obligations in this Paragraph Two.

4.   Plaintiffs agree to accept payment of $20,000 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs are entitled in the above-captioned case, through and including the date of dismissal of the above-captioned case.

5.   Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in the above-captioned case, through and including the date of  dismissal of this case.

6.   The parties agree that this Agreement was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the parties.  By entering into this Agreement the parties do not waive any future claim or defense except those expressly released in this Agreement.

7.   This Settlement Agreement does not represent an admission by any party to any

4

fact, claim, or defense in any issue in the above-captioned case.  This Agreement has no

precedential value and shall not be used as evidence of such in any litigation except as

may be required to enforce the terms agreed to herein.  By this Agreement, Defendants do

not waive any right to contest fees or costs claimed by Plaintiffs or Plaintiffs' counsel in

any future litigation.

8.  This Agreement shall apply to and be binding upon the parties, their members,

delegates and assigns.  The undersigned representatives of the parties certify that they are

fully authorized by the party or parties whom they represent to enter into the terms and

conditions of this Stipulated Agreement and to legally bind the parties to it.

9.  The terms of this Agreement shall become effective upon filing this document

with the Court.

IN WITNESS WHEREOF, this Agreement has been duly executed by the parties

hereto.

Date: July 29, 2009

JOHN CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief

_____*/s/John Martin*_____
JOHN H. MARTIN
Trial Attorney (CO Bar # 32667)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: (303) 844-1383

5

Facsimile:  (303) 844-1350
E-mail: john.h.martin@usdoj.gov

Attorneys for Defendants


Date: July 29, 2009                    _____/s/Matt Kenna_____
                                       MATT KENNA (CO Bar # 22159)
                                       Western Environmental Law Center
                                       679 E. 2nd Ave., Suite 11B
                                       Durango, CO 81301
                                       Telephone: (970) 385-6941 x131
                                       kenna@westernlaw.org

                                       Attorney for Plaintiffs